THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY C. KEY-WELL et al., Appellants and Respondents, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents and Appellants.

Argued October 13, 1949; decided November 17, 1949.

*Philip Sheridan McNally* for relators, appellants and respondents.

*John P. McGrath, Corporation Counsel* (*Morris Handel* and *William F. Murphy* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.